IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19-139-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| FRANKLIN JOSEPH TAKESHORSE, | |
| Defendant. | |

Upon the United States' Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 24), and for good cause being shown,

IT IS HEREBY ORDERED, that the forfeiture action in the above-captioned case is DISMISSED with prejudice.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 29th day of April, 2020.

SUSAN P. WATTERS
United States District Court Judge

1